UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RATES TECHNOLOGY INC.,

       Plaintiff,

-v-                                            No. 09 Civ. 4068 (LTS)(THK)

VIPER INTERNATIONAL LLC,

       Defendant.

-------------------------------------------------------x

## ORDER

       In light of the transfer of <u>Viper Networks, Inc. v. Rates Technology, Inc.</u>, formerly Southern District of California case no. 09 Civ. 768 and currently Southern District of New York case no. 09 Civ. 9864, to this District pursuant to Judge M. James Lorenz's November 23, 2009, order, the pending motion to dismiss, or in the alternative, to stay, in the above-captioned matter is denied as moot. This order resolves docket entry no. 5.

       SO ORDERED.

Dated: New York, New York
       December 16, 2009

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 17 2009